## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM D. PAUL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **CIVIL ACTION NO. 2:07-mc3367-MHT** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, R. Randolph Neeley, and enters his

appearance as an attorney of record for the United States of America, in the above-styled

case.

Respectfully submitted this 8th day of June, 2007.

> LEURA G. CANARY
> United States Attorney
>
> By: s/R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Post Office Box 197
> Montgomery, AL  36101-0197
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> **E-mail: rand.neeley@usdoj.gov**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by

United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    William D. Paul
    102 Meadow Wood
    Wetumpka, AL 36093


_____   s/R. Randolph Neeley
                   Assistant United States Attorney