**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Onna Fason
☐ Agent
☐ Addressee

B. Received by (Printed Name): Onna Fason
C. Date of Delivery: 6-8-07

1. Article Addressed to:

Mark Mine, Special
2204 Lakeshore Dr
Suite 210
Homewood, AL 35209

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:
07mc3367
Order of 6/6/07

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 3378 9373

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540