IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM D. PAUL,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07mc3367-MHT |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 6) is set for hearing on June 14, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 14th day of June, 2007.

                                            /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**