**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 15, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: William D. Paul vs. United States**
**Case Number: 2:07mc3367**

**Pleading : #9 - Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/15/2007 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07mc3367-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

By agreement of the parties made in open court on June 14, 2007, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (Doc. No. 6) is granted.

(2) The petition to quash summons (Doc. No. 1) is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of June, 2007.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE