IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

**William D. Paul**
**Petitioner**
    **vs.**    Case Civil Action No.: 2.: 02:07mc3367-MHT

2007 JUN 25 P 12: 07

**UNITED STATES**
**Respondent**

**MOTION TO QUASH SUMMONS**

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, has a Motion to Quash Summons before the court - reasons being: Respondent did purse enforcement of the summonses, as issued, in this the below matter. See attechment summons. The legal argument supporting the relief requested are:

### Legal arguments:

**I. June 20, 2007- IRS re-issued summons in the same matter. See attechment.**

**June 14, 2007 before 10:am-** Bishop WILLIAM D. PAUL,( Pro'se) Petitioner, v. UNITED STATES OF AMERICA, Respondent, Case Civil Action No.: 2.: 02:07mc3367-MHT has been heard before in the district court of the United States for the middle district of Alabama northern division by Judge Myron H. Thompson on June 14, 2007 at 10:00 a.m. at the Frank M. Johnson , Jr. United States Courthouse Complex, Courtroom 2FMJ. See Judgement dated June. Attechment 1.

**II. June 14, 2007 before 10:am-**The respondent initated a Motion to Dismiss and the petitioner agreed. See attachment 2.

**III. June 14, 2007 before 11:am-**The judgement granted in United States District Court per Judge Myron H. Thompson, by agreement of the parties made in open court on June 14, 2007.

1

**IV. The Motion to Dismiss states (See attechment 2):**

1. The petitioner initiated the proceedings by filing a Petition to Quash on June 5, 2007.

2. Since the filing of the petitioner's motion, the respondent has determined not to pursue enforcement of the summonses, as issued, in this matter.

As the respondent will not seek enforcement of the summonses, as issued, their no longer exists a case or controversy between the parties that can, or need be, resolved by the Court. Therefore, the Petitioner requests of the court to grant Motion to Quash Summons, per respondent and petitioner agreement in open court by Motion to dismiss in the above 1, 2, and 3. Dated this 24th day of June, 2007

Bishop William D. Paul. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209
United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530
Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 24th day of June.

Bishop William D. Paul. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

2

# Summons

In the matter of ___William D. Paul___
Internal Revenue Service (Division): ___Criminal Investigation Division___
Industry/Area (name or number): _____
Periods: ___Calendar years ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005___

### The Commissioner of Internal Revenue

To: ___REGIONS BANK___
At: ___Post Office Box 10247, Birmingham, Alabama 35202___

You are hereby summoned and required to appear before ___Mark Mire, Special Agent___ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
___2204 Lakeshore Drive, Suite 210, Homewood, AL 35209___   ___(205) 912-5565 desk___   ___(205) 329-4386 cell___

Place and time for appearance at ___2204 Lakeshore Drive, Suite 210, Homewood, AL 35209___

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the ___20TH___ day of ___JULY___, 2007 at ___9:00___ o'clock ___a___ m.
Issued under authority of the Internal Revenue Code this ___19TH___ day of ___JUNE___, 2007.

___/s/ Mark Mire___
Signature of issuing officer

___Mark Mire, Special Agent___
Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Signature of approving officer (if applicable)

Title

Part C — to be given to noticee



# Summons

In the matter of __William D. Paul__
Internal Revenue Service (Division): __Criminal Investigation Division__
Industry/Area (name or number): _____
Periods: __Calendar years ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005__

### The Commissioner of Internal Revenue

To: __FIRST TUSKEGEE BANK__
At: __301 North Elm Street, Tuskegee,, Alabama 36083__

You are hereby summoned and required to appear before __Mark Mire, Special Agent__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
__2204 Lakeshore Drive, Suite 210, Homewood, AL 35209__   (205) 912-5565 desk   (205) 329-4386 cell

Place and time for appearance at __2204 Lakeshore Drive, Suite 210 Homewood, AL 35209__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __20TH__ day of __JULY__, __2007__ at __9:00__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __20TH__ day of __JUNE__, __2007__.

_/s/ Mark Mire_
Signature of issuing officer                                    __Mark Mire, Special Agent__
                                                                 Title

_____
Signature of approving officer (if applicable)                   Title

Part C — to be given to noticee



# Summons

In the matter of   William D. Paul
Internal Revenue Service (Division):   Criminal Investigation Division
Industry/Area (name or number):   
Periods:   Calendar years ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005

### The Commissioner of Internal Revenue

To:   COMPASS BANK

At:   15 South 20th Street, Suite 1403, Birmingham, Alabama 35233

You are hereby summoned and required to appear before   Mark Mire, Special Agent   an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
2204 Lakeshore Drive, Suite 210, Homewood, AL 35209   (205) 912-5565 desk   (205) 329-4386 cell

**Place and time for appearance at**   2204 Lakeshore Drive, Suite 210
Homewood, AL 35209

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the   20TH   day of   JULY   , 2007 at   9:00   o'clock   a   m.
Issued under authority of the Internal Revenue Code this 20TH day of   JUNE   , 2007   .

Signature of issuing officer                                    Mark Mire, Special Agent
                                                                Title

Signature of approving officer (if applicable)                  Title

Part C — to be given to noticee

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07mc3367-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

JUDGMENT

By agreement of the parties made in open court on June 14, 2007, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (Doc. No. 6) is granted.

(2) The petition to quash summons (Doc. No. 1) is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 02:07mc3367-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO DISMISS

Comes now the respondent, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves for the dismissal of the above-styled cause, and as grounds, states as follows:

1.   The petitioner initiated these proceedings by filing a Petition to Quash on June 5, 2007.

2.   Since the filing of the petitioner's motion, the respondent has determined not to pursue enforcement of the summonses, as issued, in this matter.

3.   As the respondent will not seek enforcement of the summonses, as issued, their no longer exists a case or controversy between the parties that can, or need be, resolved by the Court.

WHEREFORE, premises considered, the petitioner's Motion to Quash is due to be and should be dismissed as moot.

Respectfully submitted this 13th day of June, 2007.

> LEURA G. CANARY
> United States Attorney
>
> By: /s/R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Post Office Box 197
> Montgomery, AL 36101-0197
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

> William D. Paul
> 102 Meadow wood Court
> Wetumpka, AL 36093

> s/R. Randolph Neeley
> Assistant United States Attorney

Motions
2:07-mc-03367-MHT Paul v. United States

# U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Neeley, R. Randolph entered on 6/13/2007 at 10:44 AM CDT and filed on 6/13/2007

**Case Name:** Paul v. United States
**Case Number:** 2:07-mc-3367
**Filer:** United States
**Document Number:** 6

**Docket Text:**
MOTION to Dismiss by United States. (Neeley, R.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=6/13/2007] [FileNumber=740419-0]
[8653b38e027699207f86b56c2ad602b824cbd437f2ee4afc71d0996ca709a6f6388e
1a279989e84bdc8879ff9153b9175ff7aca5bb036999484c382c9240db11]]

**2:07-mc-3367 Notice will be electronically mailed to:**

R. Randolph Neeley    Rand.Neeley@usdoj.gov, Annie.Williams@usdoj.gov;
DeeDee.Calhoon@usdoj.gov; Deloris.Aldridge@usdoj.gov; marsha.tunnell@usdoj.gov;
Antrena.Gardner@usdoj.gov

**2:07-mc-3367 Notice will be delivered by other means to:**

William D. Paul
102 Meadow Wood
Wetumpka, AL 36093

https://ecf.almd.uscourts.gov/cgi-bin/Dispatch.pl?831656142803755    6/13/2007