## IN THE UNITED STATE DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA  RECEIVED

**William D. Paul**
**Petitioner**

      **vs.**

Case Civil Action No.: 2.: 02:07mc3367-MHT
Case Civil Action No.: 2.: 02:07mc3369-WKW

**UNITED STATES**
**Respondent**

### MOTION TO DISMISS MOTION CONSOLIDATE

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, and moves for the dismissal of the above-styled cause, and as grounds states as follows:

1. Respondent, called petitioner's after 8:00 pm on July 16, 2007, according to petitioner's home phone logs .

2. On July 9, 2007, in Case Civil Action No.: 2.:02:07mc3367-MHT, the court ordered Respondent's to show cause by July 16, 2007.

3. In Case Civil Action No.: 2.:02:07mc3369-WKW, petitioner's has ask for dismissal.

4. WHEREFORE, premises considered, the respondent's Motion to Consolidate is due to be and should be dismissed as moot

Respectfully submitted this 19th day of July, 2007.

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

1

## +-CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 19th day of
July.2007

Bishop William D. Paul,(Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

2