IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**William D. Paul**
**Petitioner**
    **vs.**    Case Civil Action No.: 2.: 02:07mc3367-MHT

**UNITED STATES**
**Respondent**

## MOTION TO GRANT MOTION TO QUASH SUMMONS

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, has a Motion to Quash Summons before the court and petitioner requests to grant Motion to Quash Summons, reason being:

1. Respondent did not show cause if any there be, in writing by July 16, 2007, as to why said motion should not be granted as ordered by the court on June 9, 2007.

Respectfully submitted this 19th day of July, 2007.

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

1

## +-CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 19th day of July.2007

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

2