IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

William D. Paul
Petitioner
    vs.    Case Civil Action No.: 2.: 02:07mc3367-MHT-CSC

UNITED STATES
Respondent

## MOTION FOR DISMISS, OF
## MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, is filing a MOTION FOR DISMISS OF MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME in the above-styled cause, and as grounds, states as follows:

1. **Time for filing to show cause for motion to Quash.:** In the United States for the Middle District of Alabama Northern Division by:
Judge Myron H. Thompson, ordered respondent's to show cause by July 16, 2007. The respondent fails to show cause to motion to Quash.

2. **Respondent has not shown good cause for extension of Motion to Quash**:

    A). Dated July 20, 2007: The court has stated in doc., the respondent has run out of time and has not shown cause for extension.

**NOTE:** The Respondent has unlimited resources and manpower, on the other hand petition's doesn't.

    B). The Respondent stated in Case Civil Action No.: 2.: 02:07mc3367-MHT-CSC in MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME they were to busy preparing and defend another case.

WHEREFORE, premises considered, the MOTION FOR DISMISS, OF MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME is due to be and should be granted. Respectfully submitted this 30th day of July, 2007

                                  Bishop William D. Paul, Pro'se
                                  Petitioner
                                  102 Meadow Wood
                                  Wetumpka, AL 36093

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

By depositing a copy of the same in the U.S. Mail, postage prepaid, this the 30th day of July.2007

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383