IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**Bishop William D. Paul**
Petitioner              CIVIL ACTION NO. 2:07mc 3367-MHT
vs.                     CIVIL ACTION NO. 2:07mc 3369-MHT

UNITED STATES
Respondent

**MOTION TO COMPEL:** CONSOLIDATED INTERROGATORIES &
REQUEST FOR PRODUCTION OF DOCUMENTS
TO COMMISSIONER KEVIN BROWN

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, PURSUANT TO F.R. Civ. P. 33 & 34, hereby submits the following motion to consolidated interrogatories and requests that the following documents and things be made available for inspection and copying at the offices of Bishop William D. Paul 500, Arba Street, Montgomery, Alabama. 36104, by or before August 1, 2007.

**I. Please provide the below information regarding Vow of poverty**

**1. As a Bishop, agent and member of a religious order (Church on the Road, Inc.) who has taken a vow of poverty since the early 90's, am I required to file or am I exempt from the following:**

a). 1040 form?  No___ Yes___  If, yes why?
b). FICA?  No___ Yes___  If, not why?
c). SECA? No___ Yes___  If, not why?
d). Filing of any annual returns? No___ Yes___  If, not why?

**2. Are Monks, Nuns, Priests and other members of a religious order who have taken a vow of poverty required to file returns or are they exempt from the following:**

a). 1040 form? No___ Yes___  If, not why?
b). FICA? No___ Yes ___  If, not why?
c). SECA? No___ Yes___  If, not why?
d). Filing of any annual returns? No___ Yes___  If, not why?

**II. Are integrated auxiliaries of a Church required to:**

a). Complete a 1023 application to become tax-exempt? No___ Yes___ If, not why?
b). File annual returns of any kind? No___ Yes___ If, not why?

1

**III. As the respondent, you stated in open court June 14, 2007:** Respondent, "will not seek enforcement of the summonses, as issued, **their no longer exists a case or controversy between the parties that can, or need be, resolved by the Court**". Please answer if this statement is true Yes or No? If, no what was stated? If this is true, why does the case need to be resolved by the Court? Please explain.

Please, respond by or before August 1, 2007 at the above mentioned address to my attention. Thank you in advance for your answer and written clarification. May God Bless you.

Respectfully submitted on this the 30th day of July, 2007

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

Commissioner, Kelvin Brown
Internal Revenue Service
1111 Constitution Ave. NW, IR-6406
Washington, DC 20224

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 30th day of July.

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093

2