IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07mc3367-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

ORDER

For good cause, it is

ORDERED that oral argument set on August 2, 2007, be and is hereby CONTINUED to August 13, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that on August 13, 2007, the court will hear argument on all pending motions. Any response by the United States to motions filed by the plaintiff shall be filed on or before August 9, 2007.

The Clerk of the Court is DIRECTED to telephonically notify the plaintiff of this order.

Done this 31st day of July, 2007.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE