IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM D. PAUL,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CIVIL ACTION NO.  2:07mc3367-MHT
                                    )    CIVIL ACTION NO.  2:07mc3369-MHT
UNITED STATES OF AMERICA,           )
                                    )
        Defendant.                  )

## ORDER

Now pending before the court is the defendant's motion for leave to file a response

out of time (doc. # 19) filed on July 25, 2007, and the plaintiff's motion to dismiss the

defendant's motion for leave to file a response out of time (doc. # 21) filed on July 30, 2007.

Upon consideration of the motions, and for good cause, it is

ORDERED that the defendant's motion for leave to file a response out of time (doc.

# 19) be and is hereby GRANTED and the plaintiff's motion to dismiss the defendant's

motion for leave to file a response out of time (doc. # 21) be and is hereby DENIED.

Done this 6th day of August, 2007.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE