# IN THE UNITED STATE DISTICT COURT

RECEIVED
2007 NOV -9 P 3: 48

| | |
|---|---|
| Bishop William D. Paul | CV ACTION NO. 2:0mc3367-MHT |
| Petitioner | CV ACTION NO. 2:0mc3369-MHT |

vs.

UNITED STATES
Respondent

## MOTION FOR COUTINUANCE FOR APPEAL

COMES NOW, the Petitioner, by and through Pro'se Bishop William D. Paul, has MOTION FOR COUTINUANCE FOR APPEAL reason being:

1. Bishop William D. Paul, Petitioner taken THE VOW OF POVERTY AND DO NOT HAVE AN INCOME

2. Bishop William D. Paul, Petitioner CAN NOT AFFORD AN ATTORNEY.

3. Bishop William D. Paul, Petitioner, WISH FOR THE COURT TO APPOINT A DEFENSE ATTORNEY.

4. Bishop William D. Paul, Petitioner, REQUEST THAT A COUTINUANCE IS GRANTED BECAUSE OF THE ABOVE REASONS.

Dated this 9th day of NOVERBER, 2007

William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093

1

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

LAURA CANARY
UNITED STATES ATTORNEY
PO BOX 197
MONTGOMERY. AL 36101

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 9th day of NOVERBER.2007

William D. Paul. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

2