IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM D. PAUL,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:07mc3367-MHT
                              )        (WO)
UNITED STATES OF AMERICA,     )
                              )
    Defendant.                )


WILLIAM D. PAUL,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:07mc3369-MHT
                              )        (WO)
UNITED STATES OF AMERICA,     )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the plaintiff's motion for continuance (Doc. No. 32) is denied.

DONE, this the 26th day of November, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**